SISCILIA SBARBERO (otherwise called MATILDA BARBER), guardian, &c., appellant,

*v.*

ALEXANDER A. MILLER et al., respondents.

[Submitted March 24th, 1908.   Decided June 15th, 1908.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *72 N. J. Eq. (2 Buch.) 248.*

*Messrs. Munn & Church,* for the appellant.

*Mr. George H. Peirce,* for the respondents.

Affirmed June 15th, 1908.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GREEN, GRAY, DILL—15.

*For reversal*—None.